UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DALE SPEARS,

        Plaintiff,

vs.                               **CASE NO. 8:15-cv-02429-MSS-JSS**

MERCANTILE ADJUSTMENT BUREAU, LLC,

        Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff herein, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action and would request entry of a Final Order of Dismissal With Prejudice in this matter.

Respectfully Submitted this 22nd day of October 2015.

                                               *s/ James S. Giardina*
                                               James S. Giardina
                                               Fla. Bar No. 0942421
                                               **The Consumer Rights Law Group, PLLC**
                                               3104 W. Waters Avenue, Suite 200
                                               Tampa, Florida 33614-2877
                                               Tel: (813) 435-5055 ext 101
                                               Fax: (866) 535-7199
                                               James@ConsumerRightsLawGroup.com
                                               *Counsel for Plaintiffs*